IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER MAY, II,** | : | **CIVIL ACTION NO. 1:06-CV-1268** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **ELOISE MAGEE, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 7th day of September, 2006, upon consideration of plaintiff's motion for reconsideration (Doc. 12) of this Court's Memorandum and Order dated July 21, 2006 (Doc. 10), and it appearing that since the issuance of the Memorandum and Order, plaintiff has chosen to voluntarily dismiss this action (Doc. 11), it is hereby ORDERED that the motion is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge